UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Mustafa & Candice Giabou | ) | CASE NO. 22-60128 |
| | ) | |
| | ) | JUDGE RUSS KENDIG |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |
| | ) | **RESPONSE OF DEBTORS** |
| | ) | **TO PERFORMANCE FINANCE'S** |
| | ) | **OBJECTION TO CONFIRMATION** |

COME NOW, Mustafa & Candice Giabou ("the Debtors"), who for their Response to Performance Finance's Objection to Confirmation say:

Debtors are negotiating a valuation of the collateral at issue.

WHEREFORE, the Debtors respectfully request that Performance Finance's Objection to Confirmation be denied.

**Respectfully submitted,**

        BY: /S/Robert A. Ciotola
        **ROBERT A. CIOTOLA (#0012487)**
        **Attorney for Debtors**
        **3701 Boardman-Canfield Road**
        **Bldg. B, Ste. 102**
        **Canfield, OH 44406**
        **(330) 533-8885**

# CERTIFICATE OF S E R V I C E

I certify that on **March 15, 2022,** a true and correct copy of this Response was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee, and these entities and individual who are listed on the Court's Electronic Mail Notice List:
Milos Gvozdenovic, on behalf of Performance Finance at mgvozdenovic@weltman.com;
Dynele L. Schinker-Kuharich, on behalf of the Chapter 13 Trustee's office at DLSK@Chpater13Canton.com;

And by regular U.S. mail, postage prepaid, on:
Mustafa & Candice Giabou, 10180 State Route 212, Apt. A, Bolivar, OH 44612

                                          **/S/Robert A. Ciotola**
                                          **ROBERT A. CIOTOLA (#0012487)**
                                          **Attorney for Debtors**
                                          **3701 Boardman-Canfield Road**
                                          **Bldg. B, Ste. 102**
                                          **Canfield, OH 44406**
                                          **(330) 533-8885**
                                          **rac@raciotola.com**