Official Form 420A (Notice of Motion or Objection) (12/16)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Mustafa & Candice Giabou | ) | CASE NO. 22-60128 |
| | ) | |
| DEBTORS | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **CHAPTER 13** |

## NOTICE OF AMENDED CHAPTER 13 PLAN

Mustafa & Candice Giabou has filed papers with the court to amend their Chapter 13 Plan.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have on in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to confirm the Amended Chapter 13 Plan, or if you want the Court to consider your view on the Amended Chapter 13 Plan, then on or before **July 21, 2022**, you or your attorney must:

File with the Court a written request for hearing at:

> Clerk of Courts
> United States Bankruptcy Court
> Federal Building & US Courthouse
> 401 McKinley Ave. SW
> Canton, OH 44702

If you mail your request and response to the Court for filing, you must mail it early enough so the Court will **receive** it before the date stated above.
You must also mail a copy to:

> Robert A. Ciotola, Esq.
> 3701Boardman Canfield Road
> Bldg. B, Ste. 102
> Canfield, OH 44406

Attend the hearing on the amended plan, scheduled to be held on **August 10, 2022 at 2:00 p.m.** at the United States Bankruptcy Court, Ralph Regula Federal Building and U.S. Courthouse, 401 McKinley Ave., SW, Canton, OH 44702.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Date: June 30, 2022
/s/ Robert A. Ciotola
ROBERT A. CIOTOLA (#00012487)
Attorney for Debtor(s)
3701 Boardman Canfield Road
Bldg. B, Ste. 102
Canfield, OH 44406
(330) 533-8885

### CERTIFICATE OF SERVICE

I certify that on June 30, 2022, a true and correct copy of Notice of Amended Plan and Amended Plan was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee and these entities and individuals who are listed on the Court's electronic Mail Notice List:
Milos Gvozdenovic, on behalf of Performance Finance at mgvozdenovic@weltman.com;
Dynele L. Schinker-Kuharich, on behalf of the Chapter 13 Trustee's Office at DLSK@Chapter13Canton.com;

And by regular U.S. mail, postage prepaid, on:
Mustafa & Candice Giabou, 10180 State Route 212, Apt. A., Bolivar, OH 44612;
All Creditors on attached Matrix;

And by method of service as required by **Bankruptcy Rule 7004** by **certified mail** on:
Performance Finance, PO Box 5108, Oak Brook, IL 60523;
Performance Finance, aka Evergreen Bank Group, Darin Campbell, President [Officer], 1515 W. 22nd Street, Ste. 100W, Oak Brook, IL 60523;
Performance Finance, c/o Ohio Attorney General [as Agent], 150 E. Gay Street, 21st Floor, Columbus, OH 43215;
Richard Hyde, CEO [Officer], Prestige Financial Services, Inc., 351 W. Opportunity Way, Draper, UT 84020;
Prestige Financial Services, 351, W. Opportunity Way, Draper, UT 84020;
Prestige Financial Services, Inc., c/o Registered Agent Solutions, Inc. [Agent], 4568 Mayfield Rd., Ste. 204, Cleveland, OH 44121;
Eagle Loan Company of Ohio, Inc., PO Box 54927, Cincinnati, OH 45254;
Eagle Loan Company of Ohio, Inc., c/o Incorp Services, Inc. [Agent], 9435 Waterstone Blvd., Ste. 140, Cincinnati, OH 45249;

Eagle Loan Company of Ohio, Inc., Bob Whitehouse, CEO [Officer], 7791 Dixie Highway, Florence, KY 41042;

                                                            **/s/ Robert A. Ciotola**
                                                            **ROBERT A. CIOTOLA**
                                                            **Attorney for Debtors**
                                                            **3701 Boardman-Canfield Rd.**
                                                            **Bldg. B, Ste. 102**
                                                            **Canfield, OH  44406**
                                                            **(330) 533-8885**
                                                            **rac@raciotola.com**

```
Label Matrix for local noticing          PRA Receivables Management, LLC        United States Bankruptcy Court
0647-6                                   PO Box 41021                           Ralph Regula U.S. Courthouse
Case 22-60128-rk                         Norfolk, VA 23541-1021                 401 McKinley Avenue SW
Northern District of Ohio                                                       Canton, OH 44702-1745
Canton
Thu Jun 30 14:41:17 EDT 2022

Aarons                                   Affirm Inc.                            American Profit Recover
2102 W. State Street                     650 California St., 12th Floor         34405 W. 12 Mile Rd., Ste. 379
Alliance, OH 44601-3527                  San Francisco, CA 94108-2716           Farmington, MI 48331-5608


Attorney General of the United Stat      Aultman Urgent Care                    Brandon S. Lefkowitz
c/o US Dept of Justice Tax Division      6100 Whipple Ave. NW                   29777 Telegraph Road, Suite 2440
Civil Trial Section, Northern Regio      North Canton, OH 44720-7618            Southfield, MI 48034-7667
PO Box 55, Ben Franklin Station
Washington, DC 20044-0055

Capital One                              Capital One                            Capital One Bank (USA), N.A.
PO Box 30281                             PO Box 6492                            by American InfoSource as agent
Salt Lake City, UT 84130-0281            Carol Stream, IL 60197-6492            PO Box 71083
                                                                                Charlotte, NC 28272-1083


City of Louisville                       Clarna                                 Credit One
215 S. Mill Street                       PO Box 8116                            PO Box 60500
Louisville, OH 44641-1665                Columbus, OH 43201-0116                City Of Industry, CA 91716-0500


Eagle Loan                               Eagle Loan Company Of Ohio, Inc.       Fed Loan Servicing
1901 Whipple Ave.                        PO Box 54927                           Dept. of Education
Canton, OH 44708-2840                    Cincinnati OH 45254-0927               PO Box 790234
                                                                                Saint Louis, MO 63179-0234


FinWise Bank                             Gamestop Powerup Rewards               (p)GLOBAL LENDING SERVICES LLC
c/o Opportunity Financial, LLC           PO Box 650964                          1200 BROOKFIELD BLVD STE 300
130 E. Randolph Street, Suite 3400       Dallas, TX 75265-0964                  GREENVILLE SC 29607-6583
Chicago, IL 60601-6379


Midland Credit Management                Midland Credit Management, Inc.        NPRTO Ohio, LLC
350 Camino De La Reina Ste. 100          PO Box 2037                            256 West Data Drive
San Diego, CA 92108-3007                 Warren, MI 48090-2037                  Draper, UT 84020-2315


Office of General Counsel                Ohio Hospital Based Physician          Opp Loans
Education Dept.                          Anesthesia                             130 E. Randolph Street  Ste. 1650
400 Maryland Ave. SW, Rm. 6E353          PO Box 80690                           Chicago, IL 60601-6241
Washington, DC 20202-0001                Canton, OH 44708-0690


Perfomance Finance                       Prestige Financial                     Progressive Leasing
PO Box 5108                              351 W. Opportunity Way                 256 W. Data Drive
Oak Brook, IL 60522-5108                 Draper, UT 84020-1399                  Draper, UT 84020-2315
```

| | | |
|---|---|---|
| Quantum3 Group LLC as agent for<br>Comenity Capital Bank<br>PO Box 788<br>Kirkland, WA 98083-0788 | Robert Duffin<br>Law Director<br>215 S. Mill Street<br>Louisville, OH 44641-1665 | Synchrony Bank<br>PO Box 965036<br>Orlando, FL 32896-5036 |
| TJ Maxx<br>PO Box 965013<br>Orlando, FL 32896-5013 | Union Hospital<br>659 Boulevard St.<br>Dover, OH 44622-2077 | Wayfinder BK as agent for Performance Financ<br>PO Box 64090<br>Tucson, AZ 85728-4090 |
| Wells Fargo Auto<br>Box 29704<br>Phoenix, AZ 85038-9704 | Wells Fargo Bank N.A., d/b/a Wells Fargo Aut<br>PO Box 130000<br>Raleigh NC 27605-1000 | Candice Marie Giabou<br>10180 State Route 212, Apt. A<br>Bolivar, OH 44612-8638 |
| Dynele L Schinker-Kuharich<br>Office of the Chapter 13 Trustee<br>200 Market Avenue North, Ste. LL30<br>Canton, OH 44702-1435 | Mustafa Nagib Giabou<br>10180 State Route 212, Apt. A<br>Bolivar, OH 44612-8638 | Robert A. Ciotola<br>Robert A. Ciotola CO., LPA<br>3701 Boardman Canfield Rd<br>Bldg. B, Ste. 102<br>Canfield, OH 44406-8016 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Global Lending Services<br>PO Box 10437<br>Greenville, SC 29603 | (d)Global Lending Services LLC<br>1200 Brookfield Blvd Ste 300<br>Greenville, South Carolina 29607 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Performance Finance | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | End of Label Matrix<br>Mailable recipients 41<br>Bypassed recipients 2<br>Total 43 |