# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: Mustafa & Candice Giabou | ) | CASE NO. 22-60128 |
| | ) | |
| | ) | JUDGE JOHN GUSTAFSON |
| | ) | |
| Debtors | ) | CHAPTER 13 |
| | ) | |
| | ) | <u>RESPONSE OF DEBTORS</u> |
| | ) | <u>TO TRUSTEE'S MOTION TO MODIFY</u> |
| | | <u>PLAN</u> |

COME NOW, Mustafa & Candice Giabou ("the Debtors"), who for their Response to Motion to Modify Plan filed by the Standing Chapter 13 Trustee say:

<u>REQUEST FOR HEARING</u>

Debtors ask that the hearing available be scheduled.

**Respectfully submitted,**

                                                                      BY:   /S/Robert A. Ciotola
                                                                       **ROBERT A. CIOTOLA (#0012487)**
                                                                         **Attorney for Debtors**
                                                                         **3701 Boardman-Canfield Road**
                                                                          **Bldg. B, Ste. 102**
                                                                          **Canfield, OH  44406**
                                                                          **(330) 533-8885**

## CERTIFICATE OF S E R V I C E

I certify that on **April 16, 2024,** a true and correct copy of this Response was served:

Via the Court's Electronic Case Filing System on the U.S. Trustee, and these entities and individual who are listed on the Court's Electronic Mail Notice List:
Dynele L. Schinker-Kuharich, on behalf of the Chapter 13 Trustee's office at DLSK@Chapter13Canton.com;

And by regular U.S. mail, postage prepaid, on:
Mustafa & Candice Giabou, 10180 State Route 212, Apt. A, Bolivar, OH 44612;

/S/Robert A. Ciotola
**ROBERT A. CIOTOLA (#0012487)**
**Attorney for Debtors**
**3701 Boardman-Canfield Road**
**Bldg. B, Ste. 102**
**Canfield, OH 44406**
**(330) 533-8885**
**rac@raciotola.com**